**180**

**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Jerry Dale LOWE, Defendant–Appellant.**

**No. 01–6777.**

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 13, 2001.

Scott Sumner Segal, the Segal Law Firm, Charleston, WV, for appellant. Michael Lee Keller, Office of the United States Attorney, Charleston, WV, for appellee.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Jerry Dale Lowe seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Lowe,* Nos. CR–93–267; CA–97–957–2 (S.D.W.Va. Mar. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*